# Exhibit C

# Undisputed Legal

100 Fisher Ave
White Plains, NY 10602
800-774-6922

**INVOICE**

**# 2015002319**

Law Office of Finn W. Dusenbery
175 Varick Street
New York, NY 10014

DATE: 12/22/2015

BILL TO: Law Office of Finn W. Dusenbery
175 Varick Street
New York, NY 10014

Case Number: Civil action no. CV 15-7130
SAMUEL AMANKWAH
Vs.
FAMILY HOME CARE SERVICES OF BROOKLYN AND QUEENS INC.

| Service Date | Service Description | Paid | Charge |
|---|---|---|---|
| December 18, 2015 | Regular CO Service | YES | 75.00 |

**Please remit payment within 10 business days**

PAID

Balance Due: 75.00

---

Please include this portion with your payment

*Payment Authorization*                                                                 **Invoice #: 2015002319**

*Credit Card Type:*   Visa   Mastercard   American Express   Discover
Credit Card # _____ Pay By Check _____ Exp. Date _____
Name as it appears on card: _____
Billing Address of card: _____ Apt./Suite: _____
City: _____ State: _____ Zip: _____
Authorized Signature: _____

# Affidavit of Service

Undisputed Legal Inc.
100 Fisher Ave., #401
White Plains, NY 10602

United States Eastern District of New York, N/A County, New York
Plaintiff / Petitioner: SAMUEL AMANKWAH
vs.
Defendant / Respondent: FAMILY HOME CARE SERVICES OF BROOKLYN AND QUEENS INC.
CASE NO.: **Civil action no. CV 15-7130**

> Network Provided
> Time - 10:18 AM
> Date - December 18, 2015
> GPS
> 40.673203 -73.991081

I **Johnson Nazaire** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.
on **December 18, 2015** at **10:18 AM**, I served **Complaint & demand for jury trial; Summons In A Civil Action** on **Family Home Care Services of Brooklyn and Queens, Inc.,** by delivering the documents to **Debra Ludwig** who is the **Person that is authorized by appointment or law to receive document of process for the defendant** at **Family Home Care Services of Brooklyn and Queens, Inc.,** located at **168 Seventh St., Brooklyn, NY 11215** which is their usual place of business.

Said service was effected in the following manner:
**Corporation/Business Entity**

A domestic corporation, by delivering thereat a true copy of each to **Family Home Care Services of Brooklyn and Queens, Inc.,** personally. The deponent knew said **Family Home Care Services of Brooklyn and Queens, Inc.,** so served to be the domestic corporation, described as **Family Home Care Services of Brooklyn and Queens, Inc.,** and knew said individual to be the **Person that is authorized by appointment or law to receive document of process for the defendant** there of, authorized to accept service of process.

Deponent further states that deponent describes the person actually served **Debra Ludwig** as follows: **Caucasian, Female, 5' 0", 130 - 140 lbs, Brown hair, Brown eyes, glasses, 50 - 55 years**
Server Comments: Director of human resources

Johnson Nazaire                    #1339553

**Notary Section**

Subscribed and affirmed, or sworn to before me this _22_ day of _December_, 20_15_.

Notary Public: _____
Commission Expires: **July 26, 2017**
Caroll Ramsey - Notary Public
State of New York
No. 01RA6028190
Qualified in Nassau County